# LAW OFFICE OF JOHN A. SCOLA, PLLC

90 Broad Street, Suite 1023

NEW YORK, NY 10004

_____

TEL: 917.423.1445                                                                                                   FAX: 914.302.4099

August 1, 2025

**<u>Sent Via ECF</u>**

Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

Re: Thomas Donlon v. City of New York et al.
Docket No.: 1: 1:25-cv-05831

Dear Judge Rearden :

I represent the Plaintiff in the above-captioned matter. On July 28, 2025, Plaintiff filed an Amended Complaint. On July 29, 2025, the Court issued an Order directing Plaintiff to submit the Amended Complaint with track changes, in accordance with the Court's individual practice rules.

Accordingly, Plaintiff respectfully submits the Amended Complaint with track changes as **Exhibit "A"** pursuant to the Court's Order.

Thank you for the Court's time and consideration. Have a great weekend.

Very truly yours,

/s/ John A. Scola

John A. Scola, Esq.

Cc: All counsel (via ECF)