UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THOMAS G. DONLON,

                                                      Plaintiff

-against-

CITY OF NEW YORK, ERIC ADAMS, TANIA KINSELLA, Individually, JEFFREY MADDREY, Individually, JOHN CHELL, Individually, KAZ DAUGHTRY, Individually, TARIK SHEPPARD, Individually, MICHAEL GERBER, Individually, PAUL SARACENO, Individually, and ANTHONY MARINO, Individually,

                                                 Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION
TO DISMISS**

Docket No. 25 Civ. 5831 (JHR)

        **PLEASE TAKE NOTICE** that, upon the City defendants' Memorandum of Law in support of their Motion to Dismiss, dated September 4, 2025, and upon all the papers and proceedings previously had herein, defendants City of New York, Eric Adams, Tania Kinsella, John Chell, Michael Gerber and Anthony Marino (collectively "City defendants") will move this Court, before the Honorable Jennifer H. Rearden, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be designated by the Court, for an order and judgment, pursuant to Rules 8, 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, dismissing the amended complaint in its entirety, together with costs, fees and such other and further relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE,** that, pursuant to Local Civil Rule 6.1(b) of the Local Civil Rules for the United States District Courts for the Southern and Eastern

Districts of New York, any opposing affidavits and memoranda of law shall be served on the undersigned within fourteen (14) days after service of these moving papers.

Dated:      New York, New York
               September 4, 2025

                                     **MURIEL GOODE-TRUFANT**
                                     Corporation Counsel of the
                                        City of New York
                                     Attorney for City Defendants
                                     100 Church Street, Room 5-100
                                     New York, New York 10007-2608
                                     (212) 356-2430
                                     eeichenh@law.nyc.gov

                           By:         */s/ Eric Eichenholtz*
                                       Eric Eichenholtz
                                     Assistant Corporation Counsel

To:    **Law Office of John A. Scola, PLLC**
        Attorneys for Plaintiff Thomas G. Donlon
        90 Broad Street, 10th Floor
        New York, New York 10004
        (By ECF)

25 Civ. 5381 (JHR)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| THOMAS G. DONLON,<br><br>                   Plaintiff<br><br>       -against-<br><br>CITY OF NEW YORK, et. al,<br><br>                   Defendants. |
| **NOTICE OF MOTION TO DISMISS** |
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel of the City of New York*<br>Attorney for City Defendants<br>100 Church Street, Room 5-100<br>New York, New York  10007-2601<br><br><br>Of Counsel:  Eric Eichenholtz, Maxwell Leighton<br>Telephone:  (212) 356-2430<br><br><br><br>Matter No.: 2025-059032 |
| *Due and timely service is hereby admitted.*<br><br>*Dated: New York, New York................................2021....*<br><br>*Signed:*  .............................................................................<br><br>*Attorney for* ...................................................................... |