UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THOMAS G. DONLON,

                                Plaintiff

-against-

CITY OF NEW YORK, ERIC ADAMS, TANIA KINSELLA, Individually, JEFFREY MADDREY, Individually, JOHN CHELL, Individually, KAZ DAUGHTRY, Individually, TARIK SHEPPARD, Individually, MICHAEL GERBER, Individually, PAUL SARACENO, Individually, and ANTHONY MARINO, Individually,

                                Defendants
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

25 Civ. 5831 (JHR)

       **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendants City of New York, Eric Adams, Tania Kinsella, John Chell, Michael Gerber, and Anthony Marino (collectively "City Defendants") in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
               September 5, 2025

                                                  **MURIEL GOODE-TRUFANT**
                                                  Corporation Counsel of the
                                                    City of New York
                                                 Attorney for City Defendants
                                                 100 Church Street, Room 2-100
                                                 New York, N.Y. 10007-2601
                                                 (212) 356-2472
                                                 mleighto@law.nyc.gov

                                       By:      _____
                                                      Maxwell D. Leighton
                                                      Assistant Corporation Counsel