# LAW OFFICE OF JOHN A. SCOLA, PLLC

90 Broad Street, Suite 1023

NEW YORK, NY 10004

_____

TEL: 917.423.1445                                                                FAX: 914.302.4099

September 12, 2025

**<u>Sent Via ECF</u>**

Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

        Re: Thomas Donlon v. City of New York et al.
        Docket No.: 1:25-cv-05831

Dear Judge Rearden :

I write on behalf of Plaintiff to respectfully request an extension of time to file Plaintiff's opposition to Defendants' Motion to Dismiss, which was filed on September 4, 2025. The opposition is currently due on September 18, 2025. Plaintiff requests an extension of three weeks, up to and including October 9, 2025. This is Plaintiff's first request for an extension of this deadline.

Defendants, through counsel, have indicated that they do not consent to this request. Among other things, they cite the fact that Plaintiff's counsel submitted a referral letter to the U.S. Department of Justice regarding related matters. That letter, however, was drafted in advance of Defendants' motion and did not interfere with the time allocated for preparing the opposition nor has any basis on the deadline here. The Defendants also cite that Plaintiff's counsel gave a quote to the one, and only, media outlet who covered their motion to dismiss as evidence of my review of the motion and lack of good cause for the extension.

Contrary to Defendant's position, Plaintiff's extension is requested to allow counsel sufficient time to thoroughly research and address the numerous complex issues raised by Defendants' motion, including constitutional, statutory, and RICO questions. Additional time is necessary to ensure that the Court is presented with a full and careful response, particularly in light of counsel's other professional obligations during this same period. No other deadlines have been set, and granting this request will not affect any other scheduled appearances.

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for filing Plaintiff's opposition to Defendants' Motion to Dismiss to October 9, 2025. I thank the Court for its time and consideration related to this matter.

Respectfully submitted,

/s/ John A. Scola

John A. Scola, Esq.

Cc: All counsel (via ECF)