# LAW OFFICE OF JOHN A. SCOLA, PLLC

90 Broad Street, Suite 1023

NEW YORK, NY 10004

_____

TEL: 917.423.1445                                                                       FAX: 914.302.4099

September 12, 2025

**<u>Sent Via ECF</u>**

Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12B
New York, NY 10007-1312

> Re: Thomas Donlon v. City of New York et al.
> Docket No.: 1:25-cv-05831

Dear Judge Rearden :

I write in brief reply to defendants' September 12, 2025 letter opposing plaintiff's request for an extension of time to oppose the motion to dismiss.

Defendants' opposition rests largely on their claim that plaintiff's counsel engaged in "out-of-court activities," including the preparation of a referral letter to investigative authorities. That argument is misplaced. The referral letter was drafted before defendants filed their motion, and finalizing its transmission did not interfere with counsel's ability to litigate this case. In any event, such matters are entirely irrelevant to whether good cause exists for a short three week extension to allow for full and fair briefing of the complex constitutional, statutory, and RICO issues defendants themselves have raised.

Defendants also suggest that plaintiff's statements to the press are inconsistent with the request for additional time. Respectfully, they are not. Plaintiff maintains that the motion is meritless, while also acknowledging that it raises numerous intertwined issues of law that require careful briefing. These positions are not mutually exclusive.

Finally, fairness supports the extension. Defendants had the full period permitted by the Rules to prepare their motion. Plaintiff simply seeks a modest enlargement of his opposition deadline so that the Court may be presented with a thorough and carefully considered response. Granting this request will assist, rather than hinder, the Court's efficient adjudication of the motion.

For these reasons, plaintiff respectfully reiterates his request that the Court extend the deadline to file opposition papers by three weeks, until October 9, 2025. I thank the Court for its time and consideration related to this matter.

Respectfully submitted,

/s/ John A. Scola

John A. Scola, Esq.

Cc: All counsel (via ECF)