UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

THOMAS G. DONLON,

           Plaintiff                        **Docket #:1:25-cv 005831(JHR)**

           -against-

CITY OF NEW YORK, ERIC ADAMS, TANIA KINSELLA,     **<u>Declaration of John Scola</u>**
Individually, JEFFREY MADDREY, Individually, JOHN
CHELL, Individually, KAZ DAUGHTRY, Individually,
TARIK SHEPPARD, Individually, MICHAEL GERBER,
Individually, PAUL SARACENO, Individually, and
ANTHONY MARINO, Individually

               Defendants

_____X

      John Scola, an attorney admitted to practice law before the Courts of the State of New York and the United States District for the Southern District of New York, declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct.

1.     I am a founder of the Law Office of John A. Scola, PLLC, attorneys for the Plaintiff, and as such I have knowledge of the facts stated in this Declaration.

2.     This Declaration is submitted to place relevant documents on the record, in opposition to the Defendants pending motion to dismiss which was filed with the Court on September 4, 2025.

3.     Annexed hereto as **Exhibit "A"** is a copy of Plaintiff's First Amended Complaint filed on July 28, 2025.

4.     Annexed hereto as **Exhibit "B"** is the job description for the Senior Advisor for Public Safety.

5.     Annexed hereto as **Exhibit "C"** are Text messages between Plaintiff Donlon

and Defendant Mayor Eric Adams' Chief of Staff Camille Varlack

6.      Annexed hereto as **Exhibit "D"** is the NY1 article detailing the defamatory

statements of Defendant Mayor Eric Adams.

Dated: New York, New York
         September 25, 2025

                                        _____/s/_____
                                        John Scola, Esq.
                                        Law Office of John A. Scola, PLLC
                                        Attorney for Plaintiff
                                        90  Broad Street, Suite 1023
                                        New York, New York 10007
                                        (917) 423-1445