# EXHIBIT "B"

## DONLON, THOMAS

| | |
|---|---|
| **From:** | Joseph Varlack, Camille <CVarlack@cityhall.nyc.gov> |
| **Sent:** | Sunday, November 17, 2024 2:27 PM |
| **To:** | DONLON, THOMAS |
| **Subject:** | JD |
| **Attachments:** | Senior Advisor for Public Safety_JD.docx |

You don't often get email from cvarlack@cityhall.nyc.gov. Learn why this is important

<div style="border: 1px solid black; padding: 10px;">

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

</div>

For your review and to discuss.

1



**Office of the Mayor**

## Deputy Mayor for Public Safety

**Position Title:** Senior Advisor for Public Safety

**Job ID:** PA Number

## The Agency You'll Join:

The New York City Mayor's Office is responsible for overseeing city services throughout the five boroughs, coordinating public agencies and departments, and managing public property. New York City Mayor Eric Adams is head of the executive branch of New York City's government. Previously, Mayor Adams has served the people of New York City as an NYPD officer, state senator, and Brooklyn borough president. The Adams' administration is leading the fight to serve the people of the greatest city in the world, ensuring delivery of efficient and effective services, working to make New York City's economy stronger, reducing inequality, improving public safety, and making the city more affordable that meets the needs of all New Yorkers. We value leadership, transparency, fairness, and efficiency as we actively seek diverse talents from various sectors to join our team. For current job opportunities visit our careers page.

## The Team You'll Work With:

In keeping with the Mayor's vision for a safe, equitable, and just City, the Deputy Mayor's Office of Public Safety is dedicated to creating a unified public safety ecosystem where all city agencies tasked with safeguarding New York City are working together to preserve peace, enforce the law, and protect the lives and property of those who live, work, and visit communities across the five boroughs. The Office provides support, ensures accountability, and fosters collaboration between the City's public safety agencies.

## The Problems You'll Solve:

Reporting to the Deputy Mayor for Public Safety, the Senior Advisor for Public Safety will provide executive leadership in the strategic planning, development, implementation, and operation of programs, policies, initiatives, and procedures that support the public safety team.

Responsibilities include but are not limited to:
- Serve as the primary advisor to the Deputy Mayor for Public Safety on all matters related to public safety while providing leadership and guidance to teams on operational efficiency, fostering a culture of continuous improvement.
- Oversee the movement and success of priority projects for the Deputy Mayor in addition to working with and managing team members in the Office of the Deputy Mayor of Public Safety towards ambitious and transformational outcomes.

- Oversee the development and implementation of citywide public safety policies and initiatives in addition to responding and coordinating the city's response efforts to public safety emergencies, as needed.
- Engage in high level, qualitative and quantitative assessments of key public safety policy initiatives and making strategic recommendations to the Deputy Mayor, and other senior officials within the Mayor's Office.
- Facilitate interagency collaboration to ensure unified and effective public safety operations across all city agencies.
- Develop and maintain strong relationships with key stakeholders.
- Advise the Deputy Mayor for Public Safety on management and oversight of public safety and law enforcement programs while monitoring and evaluation the performance of various public safety programs and agencies to ensure alignment with the Mayor's vision and goals.
- Represent the Office of Public Safety at official functions including but not limited to meetings, public forums, and media engagements to communicate public safety strategies and initiatives.

## About You

- A Master's Degree or Bachelor's Degree with related years of experience.
- At least 7 years of relevant public safety, law enforcement, or related field.
- Experience with the development and implementation of successful public safety policies and programs.
- Deep understanding of the unique public safety challenges and opportunities within New York City.
- Familiarity with relevant stakeholders at various levels of government and the nonprofit sector.
- Experience with providing analytical and technical expertise for complex, interdisciplinary projects involving multiple stakeholders.
- Strategic thinker with an ability to identify innovative solutions to challenges.
- Excellent verbal, written, and interpersonal communication skills.

## Salary

The City of New York Office of the Mayor's compensation package includes a market competitive salary, equity for all full-time roles and exceptional benefits. Our cash compensation range for this role is $[Lower Salary Range] – $[Upper Salary Range].
Final offers may vary from the amount listed based on candidate experience and expertise, and other factors.

## Equal Opportunity | Diversity Equity & Inclusion Statement

The Office of the Mayor is an is an inclusive equal opportunity employer committed to recruiting and retaining a diverse workforce and providing a work environment that is free from discrimination and harassment based upon any legally protected status or protected characteristic, including but not limited to an individual's sex, race, color, ethnicity, national origin, age, religion, disability, sexual orientation, veteran status, gender identity, or pregnancy.

The Adams Administration values diversity — in backgrounds and in experiences that is reflective of the city it serves. Applicants of all backgrounds are strongly encouraged and welcome to apply.

If you are a qualified individual with a disability or a disabled veteran, you may request a reasonable accommodation if you are unable or limited in your ability to access job openings or apply for a job on this site as a result of your disability. You can request reasonable accommodations by EEO at EEO@cityhall.nyc.gov.

**New York City Residency Is Required Within 90 Days of Appointment**