# EXHIBIT "C"

Case 1:25-cv-05831-DLC   Document 45-3   Filed 09/29/25   Page 1 of 4



**Mayor's Chief of Staff Camille Varlack**

Tue, Nov 5 at 3:05 PM

Hi Commissioner – can you give me a call when you have a moment?

Wednesday 11:56 PM

Hi Commissioner – need to speak with you first thing tmor morning. Thx vm.

Ok- you want to speak now?

If that works for you.

Ok

Friday 6:43 PM

Hi Commissioner – I sent you the job description we discussed. Pls let me know when you have time to speak after you have had a chance to review it.

Yesterday 4:10 PM

Commissioner – did you have an opportunity to look at the JD?





**Mayor's Chief of Staff Camille Varlack**

> Camille,
> Good morning,
> No, I have not yet.
> Will keep you updated.
> Enjoy the remainder of your weekend.

Thanks, Commissioner. Need to talk to you about this no later than tmor. The Mayor has to be updated. Let me know what time works.

> Is the Mayor fully aware of this.

Yes. I operate at his direction.

> I can't locate the job description you sent me. Please send me again.
> Thanks

Sure. Will see if I can send it here.

Might be easier.

**Senior Advisor for Public Safety_JD.docx**
Word Document · 40 KB



Mayor's Chief of Staff Camille Varlack

Thanks

Sure. Will see if I can send it here.

Might be easier.

 **Senior Advisor for Public Safety_JD.docx**
Word Document · 40 KB

Please send to my email
Thanks

Which email address? This is the one I previously sent to:
PCTD@nypd.org

Today 1:13 PM

Is that the right email address to use? Do you see the document?

thomasg.donlon@nypd.org
Please use this.
I am at a function and unable to review at this time.
Thanks

Delivered

No problem. Sent.

