# EXHIBIT "D"



EST  WEATHER  TRANSIT  POLITICS  ARTS+CULTURE  COMMUNITY+NEIGHBORHOODS  PODCASTS  OUR JOURNALISTS  Search
VS



*Mayor Eric Adams spent the afternoon today campaigning with Asian-American supporters in Chinatown. (Spectrum News NY1)*

DECISION 2025

## Adams rallies with supporters, tells business leaders Tom Donlon had 'mental' issues





BY BERNADETTE HOGAN | NEW YORK CITY
PUBLISHED 7:00 PM ET JUL. 18, 2025

Mayor Eric Adams spent the afternoon today campaigning with Asian-American supporters in Chinatown — telling them to ignore his rivals in the race and remember what he's done to support the Asian community.

Meanwhile, sources tell NY1 Adams also spoke in front of a business group where he belittled an explosive lawsuit brought against him by his former NYPD Commissioner Tom Donlon.

### What You Need To Know

- Mayor Eric Adams spent the afternoon today campaigning with Asian-American supporters in Chinatown — telling them to ignore his rivals in the race and remember what he's done to support the Asian community

- Meanwhile, sources tell NY1 Adams also spoke in front of a business group where he belittled an explosive lawsuit brought against him by his former police commissioner Tom Donlon

- The mayor told the group that Donlon was exhibiting memory lapses, and that he fired Donlon because he refused to get help. Donlon's attorney denied the claims and said his client has plans to take additional action in court

The mayor told the group that Donlon was exhibiting memory lapses, and that he fired Donlon because he refused to get help.

"I don't need anyone to give me directions to come to Confucius Plaza. I've been here so many times before," said Adams before a crowd in Chinatown Friday who were chanting 'four more years' in Chinese.

"Many people who are running to be mayor, never came here before running to be mayor," added the mayor, surrounded by supporters trying to help secure him a second term.

Telling community leaders their issues are not new to him.

"I stood with you during COVID when others wanted to harm you. I stood with the family of Wenjian Liu, the first Asian police officer to lose his life," he added.

Some threw shade at Democratic mayoral nominee Zohran Mamdani.

"People ask me, why don't you support Democrat primary winner? I say: I support Democrats. I do not support socialist Democrat or Democratic Socialist!" Justin Yu, Chinatown district leader, said.

"It's very unfortunate the Democrat party select wrong candidate," he added.

Now mounting an independent run to keep his job, Adams raised over $1.5 million in donations, according to recent campaign fundraising figures.

At a private meeting with business leaders Thursday, hosted by the Partnership for New York City nonprofit, a source told NY1 that Adams claimed his ex-Police Commissioner Tom Donlon was fired because he was a "rapidly deteriorating mentally" and refused help.

Although Adams didn't address those claims Friday, he told reporters at a separate press conference in Inwood to "interview" Donlon and assess him.

"I don't want to be biased," he started out. "Just interview him for 15 minutes, you know. You saw him in press conferences. We know there was a fast turn around because to lead the department, there's certain capabilities you must have."

Donlon is suing Adams in federal court, alleging the mayor and top aides operated the NYPD as a "criminal enterprise."

His lawyer, John Scola, responded to the new claims.

"There was never any mention of cognitive issues, there's no documentation supporting that. It seems like it's a political narrative now for Mayor Adams to absolve himself," he told NY1 in an interview.

"It's defamatory and we're planning on taking recourse in court," he added.

Meanwhile, the powerful healthcare union 1199SEIU endorsed Mamdani. He also sat down with U.S. House Minority Leader Hakeem Jeffries for an hour in East New York — who did not extend an endorsement to Mamdani.

"The meeting between Leader Jeffries and Assemblyman Mamdani was constructive, candid and community-centered, with a particular focus on affordability. Leader Jeffries and Assemblyman Mamdani discussed a variety of other important issues, including public safety, rising antisemitism, gentrification and the importance of taking back the house in 2026," said Jeffries' spokesman Justin Chermol.

The pair have plans for a follow up meeting with other members of New York's Democratic congressional delegation.

**YOU MAY ALSO BE INTERESTED IN**

**U.N. ASSEMBLY**

### Protesters push back against Trump outside U.N. General Assembly

NEW YORK CITY | 1 DAY AGO

▶ 1:44

**DECISION 2025**

### Conservative Party candidate for mayor says she's in it to win it

NEW YORK CITY | 1 DAY AGO

▶ 2:09

**DECISION 2025**

### Where the candidates for mayor stand on immigration

NEW YORK CITY | 2 DAYS AGO

▶ 2:55

**DECISION 2025**

### Far Rockaway voters push for better transportation, more affordable housing

QUEENS | 2 DAYS AGO

▶ 2:48

**U.N. ASSEMBLY**

### Drone ban in effect as U.N. General Assembly convenes

NEW YORK CITY | 2 DAYS AGO

▶ 2:35

**DECISION 2025**

### Mamdani: 'The most important thing is the funding'

QUEENS | 2 DAYS AGO

▶ 26:29



SPECTRUM NEWS NY 1

SPECTRUM NEWS | CONTACT | ABOUT | RSS | FAQ | SITEMAP | CAREERS | ADVERTISE WITH US | CERTIFICATIONS | TERMS | YOUR PRIVACY RIGHTS | CALIFORNIA CONSUMER PRIVACY RIGHTS | CALIFORNIA CONSUMER LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION | DO NOT SELL OR SHARE MY PERSONAL INFORMATION/OPT-OUT OF TARGETED ADVERTISING

   

© 2025, Charter Communications, all rights reserved.