```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
THOMAS G DONLON,                         :
                                         :        25cv5831(DLC)
                        Plaintiff,       :
                                         :           ORDER
            -v-                          :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 4, 2025, defendants filed a motion to dismiss the complaint pursuant to Rule 8, 12(b)(6) and 12(f), Fed. R. Civ. P. On December 5, 2025, this case was reassigned to this Court for all purposes. Accordingly, it is hereby

ORDERED that the plaintiff shall advise the Court in a status letter filed no later than December 17, 2025, whether he wishes to amend the complaint. If he elects to file an amended complaint, he shall do so no later than January 9, 2026. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that, should the plaintiff elect not to amend his complaint, the parties shall, no later than January 9, 2026, provide this Court one copy of the operative complaint and two courtesy copies of all motions pending in this case by

mail or hand-delivery to 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         December 8, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge