UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                               :

THOMAS G DONLON,                  :

                    Plaintiff,    :        25cv5831(DLC)

                               :          ORDER

          -v-                   :

                               :

CITY OF NEW YORK, et al.,      :
                    Defendants.   :

--------------------------------------X

DENISE COTE, District Judge:

On December 5, 2025, this case was reassigned to this Court for all purposes. An Order issued December 8 required the plaintiff, among other things, to file a letter no later than December 17 advising the Court of the status of this case. No such letter having been filed, it is hereby

ORDERED that the plaintiff shall show cause by January 7, 2026 why this case should not dismissed for failure to prosecute. This case will be dismissed should no letter be filed by that date.

Dated:    New York, New York
          December 30, 2025

                              _____
                                  DENISE COTE
                       United States District Judge