

s

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ERIC EICHENHOLTZ**
*Managing Attorney*
Phone: (212) 356-2200
E-mail: eeichenh@law.nyc.gov

December 30, 2025

**Via ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Donlon v. City of New York, et all**
              **Docket No: 25 Civ. 5831 (DLC)**

Dear Judge Cote:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for City defendants. I write today with regard to the status update provided by plaintiff.

      Plaintiff's status update letter continues to disregard, and remains non-responsive to, this Court's December 8, 2025 order. That order gave plaintiff a December 17, 2025 deadline to state whether he elects to further amend his complaint. The Court set a January 9 deadline to file an amended pleading *only if* plaintiff timely notified the Court he elects to do so. If he did not, the parties were directed to provide with courtesy copies of the pending motion and pleading

      Despite this clear directive, and the expiration of this deadline, plaintiff remains unwilling to state whether he intends to amend the complaint.[1] Because he failed to timely advise the Court of whether he elected to amend and has not requested more time to do so, defendants respectfully submit plaintiff has waived his ability to amend pursuant to this Court's December 8, 2025 order.

---

[1] Defendants note, as stated in their motion papers, that plaintiff's reference to a 50-h hearing concerns a contemplated defamation claim not currently plead or before this Court.

2

I thank the Court for its consideration of the foregoing.

                                                    Respectfully submitted,

                                                    *Eric Eichenholtz*
                                                    Eric Eichenholtz
                                                    Assistant Corporation Counsel

cc: John Scola (via ECF)