# LAW OFFICE OF JOHN A. SCOLA, PLLC

90 Broad Street, Suite 1023

NEW YORK, NY 10004

TEL: 917.423.1445                                     FAX: 914.302.4099

December 30, 2025

**Sent Via ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The 1/9/26 deadlines remain in effect.*
*Denise Cote*
*1/5/26*

Re: Thomas Donlon v. City of New York et al.
Docket No.: 1:25-cv-05831

Dear Judge Cote:

I write on behalf of Plaintiff in response to the Court's December 30, 2025 Order directing Plaintiff to show cause why this action should not be dismissed for failure to prosecute.

Plaintiff respectfully apologizes to the Court for not filing the interim status letter required by the Court's December 8, 2025 Order. Counsel mistakenly believed that the next operative deadline concerned the filing of an amended pleading and did not appreciate that the Court had also directed the filing of an interim status submission.

By way of status, a motion to dismiss remains pending in this action. In addition, the parties conducted a hearing pursuant to New York General Municipal Law § 50-h on December 17, 2025 concerning Plaintiff's defamation claim. Plaintiff is actively evaluating whether that claim will be filed separately in state court or incorporated as part of this action. Plaintiff is also evaluating whether amendment is warranted pursuant to the Court's December 8, 2025 Order and intends to proceed fully in accordance with the Court's directives, including the January 9, 2026 deadline set forth therein.

Plaintiff has continuously intended to prosecute this action and respectfully requests that the Order to Show Cause be discharged.

Respectfully submitted,

/s/ John A. Scola

John A. Scola, Esq.

Counsel for Plaintiff