# LAW OFFICE OF JOHN A. SCOLA, PLLC

90 Broad Street, Suite 1023

NEW YORK, NY 10004

_____

TEL: 917.423.1445                                                                                    FAX: 914.302.4099

January 8, 2026

**<u>Sent Via ECF</u>**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                                                      Re: Thomas Donlon v. City of New York et al.
                                                      Docket No.: 1:25-cv-05831

Dear Judge Cote:

We represent Plaintiff in the above-referenced matter. By Orders dated December 5, 2025 and January 5, 2026, the Court directed Plaintiff to advise whether he would amend the Complaint or proceed on the pending motion.

Plaintiff has elected to proceed on the First Amended Complaint and the fully briefed motion to dismiss.

Pursuant to the Court's Orders, Plaintiff will deliver to the Court, by January 9, 2026, two courtesy copies of the following motion-related papers and one courtesy copy of the First Amended Complaint:

- Notice of Motion (ECF No. 35)

- Defendants' Memorandum of Law in Support of the Motion to Dismiss

- Declaration of John Scola (ECF No. 45), including:

  - Exhibit A: First Amended Complaint (ECF No. 45-1)

  - Exhibit B: Public Safety Job Description (ECF No. 45-2)

  - Exhibit C: Camille Varlick Text Messages (ECF No. 45-3)

  - Exhibit D: NY1 Article (ECF No. 45-4)

- Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss (ECF No. 46)

- Defendants' Reply Memorandum of Law in Support of the Motion to Dismiss

Plaintiff thanks the Court for its time and consideration.

Respectfully submitted,

*/s/ John A. Scola*

John A. Scola, Esq.

Counsel for Plaintiff