UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THOMAS G. DONLON

          Plaintiff,      Docket No.: 1:25-cv-05831

      against-        **NOTICE OF APPEAL**

City of New York, et al.,

          Defendant.

-------------------------------------------------------------------X

**NOTICE IS HEREBY GIVEN** that Plaintiff Thomas G. Donlon hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on February 18, 2026 (ECF No. 55), which granted Defendants' motion to dismiss and directed entry of judgment for Defendants on Plaintiff's federal claims and dismissed the remaining state law claim without prejudice.

  This appeal is taken from the entirety of that Opinion and Order and the final judgment entered thereon.

Dated: New York, New York
     February 18, 2026

                  Respectfully submitted,

                  _____/s/____*John Scola*_____
                  John Scola
                  Law Office of John A. Scola, PLLC
                  90 Broad Street, 10th Floor
                  New York, NY 10004
                  (917) 423-1445

TO:
New York City Law Department
100 Church Street
New York, New York 10007