**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THOMAS G. DONLON,

Plaintiff,

-against-

25 **CIVIL** 5831 (DLC)

**JUDGMENT**

CITY OF NEW YORK, et al.,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 18, 2026, the defendants' September 4,

2025 motion to dismiss is granted. All federal claims having been dismissed, the Court has

declined to exercise supplemental jurisdiction over the remaining state law claim. This action is

dismissed without prejudice to filing the state law claim in state court; accordingly, the case is

closed.

**Dated:** New York, New York

February 19, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

BY:            K. mango

_____

**Deputy Clerk**